IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CLINTON GRANT and TYNISA M. GRANT,** § § § § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:16-cv-223-O |
| § | |
| **CORNERSTONE MORTGAGE COMPANY,** § § § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Suggestion of Bankruptcy (ECF No. 22). The Court has been notified that on **October 11, 2016**, Plaintiff Tynisa M. Grant filed a petition for bankruptcy under Chapter 13 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362, an automatic stay is now in effect until further notification by the parties that it should be lifted. The Clerk of Court shall close this case for statistical purposes.

**SO ORDERED** this **28th day** of **October, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE